UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IRIS LOUISE LITTLE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF VETERAN'S AFFAIRS, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:12-cv-00292-MMD-PAL<br><br>ORDER REGARDING PENDING MOTIONS |

　　　A settlement conference in this case was held in front of Magistrate Judge Leen on January 4, 2013.  (Dkt. no. 46.)  Plaintiff and Defendant PLM reached a resolution on all of Plaintiff's claims against PLM.  Plaintiff and Defendant Flagstar agreed to a framework for resolving this matter by a short sale or deed in lieu of foreclosure.  Judge Leen set the matter for a telephonic status conference on February 4, 2013, at 4:00 PM.

　　　Accordingly, IT IS HEREBY ORDERED that Defendant PLM's pending motions, dkt. nos. 8, 28, 34, and 41, are DISMISSED WITH PREJUDICE.

　　　IT IS FURTHER ORDERED that Defendant Flagstar's pending motions, dkt. nos. 6 and 37, are DISMISSED WITHOUT PREJUDICE.  Flagstar may re-file these motions should settlement between Flagstar and Plaintiff fail to occur.

　　　ENTERED THIS 9th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE